**D**

Section 12

2022 MAR 29  A 01:01
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.                                    DIVISION                                    DOCKET

ERIN M. SHAW

VS.

EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC, IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC AND CROSS COUNTRY ADJUSTING

FILED: _____                    _____

                                                                    DEPUTY CLERK

## PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES

NOW INTO COURT, through undersigned counsel, comes Petitioner, ERIN M. SHAW (hereinafter "Petitioner"), and files this Complaint for Damages, Breach of Contract, Bad Faith pursuant to La. R.S. 22:1892, LA. R.S. 22:1973, and all other sources of legal and statutory law pursuant to which Petitioner may recover, against Defendants, (hereinafter "Defendants"), respectfully averring as follows:

### I. PARTIES

1.      Made Plaintiff herein is ERIN M. SHAW, a person of the full age of majority, and domiciled at 6347 Milne Blvd, New Orleans, LA 70124 in the Parish of Orleans;

Made Defendants herein are:

2.      EMERY & JAMES, LTD., an insurance agency, doing business in Louisiana under the Trade Name "GOHRES INSURANCE" and domiciled at 300 E. MORRIS Ave, HAMMOND, LA 70403; Emery & James, LTD., doing business under the Trade Name "Gohres Insurance" can be served through its registered agent for service of process John Gohres, Jr., at 300 E. Morris Ave., Hammond, LA 70403;

3.      SAGESURE INSURANCE MANAGERS, LLC, an entity holding itself out as an insurer and insurance service company, domiciled at 1201 HAYS STREET, TALLAHASSEE, FL 32301, and doing business through its principal business establishment in Louisiana at

VERIFIED

Debbie Ciaccio

2022 MAR 29  A 11:39

**EXHIBIT
A**

**D**

Section 12

501 Louisiana Ave. Baton Rouge, LA 70802; Sagesure Insurance Managers, LLC can be
served through its registered agent for service of process, Corporation Service Company,
501 Louisiana Avenue, Baton Rouge, LA 70802;

4.    IAT INSURANCE GROUP, INC., domiciled at 702 OBERLIN ROAD, SUITE 300,
RALEIGH, NC 27605; IAT Insurance Group, Inc. can be served at its domicile, at 702
Oberlin Road, Suite 300, Raleigh, NC 27605;

5.    OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, a Louisiana
admitted insurer, with initial license issuance date of 2/21/1962, who is authorized to do
and is doing business in the State of Louisiana and the Parish of Orleans, domiciled at 4200
Six Forks Road Suite 1400, Raleigh, NC 27609, and who may be served through its
Registered Agent for Service of Process, the Louisiana Secretary of State, at 8585 Archives
Ave., Baton Rouge, LA 70809;

6.    KEYSTONE EXPERTS AND ENGINEERS, LLC, doing business through its principal
business establishment in Louisiana at 201 Rue Beauregard, Suite 202, Lafayette, LA
70508; and who may be served through its Registered Agent for Service of Process,
REGISTERED AGENTS INC., 201 RUE BEAUREGARD, STE. 202, LAFAYETTE,
LA 70508;

7.    CROSS COUNTRY ADJUSTING, INC., a third-party adjusting company, acting at the
direction of IAT and other Defendants, and liable in solido with them for their negligence
and willful and wanton disregard for Petitioner's rights, domiciled at 1305 S Pearl St,
Pageland, South Carolina 29728; and who may be served through its Registered Agent for
Service of Process United States Corporation Agents, Inc., 1591 Savannah Highway, Suite
201, Charleston, South Carolina 29407.

**II. JURISDICTION AND VENUE**

1.    Jurisdiction and Venue are proper in this Parish and before this Honorable Court as all
Defendants have knowingly engaged in a common enterprise to deprive the Plaintiff of the benefit
of the bargain which her insurance premium paid to and received by Defendants at various levels
of the process described in this Complaint – from inception and binding of Plaintiffs' insurance
policy, to the reporting and investigation/adjustment of the claim, to the failure to pay and arbitrary
and capricious denial of the claim and deceptive and unfair business practices engaged in. The
contract, which was breached by Defendants' wrongful acts, was entered into in Orleans Parish

2

**D**

**Section 12**

and the wrongful conduct occurred in this parish, through the Defendants' various agents and individuals acting at Defendants' direction.

### III. RELEVANT FACTS

1.  At all times relevant hereto, Petitioner owned the home at 6347 Milne Blvd, New Orleans, LA, which property was covered by a policy of insurance, issued and/or serviced by Defendants, and which covered the Property against all perils pertinent to the instant action.

2.  On or around August 29, 2021 significant damages were sustained by Petitioner in the form of physical losses to the property, loss of use and enjoyment, and other losses all of which were covered by the policy of insurance sold by Emery & James, Ltd. and issued and serviced by Defendants Sagesure Insurance Managers, LLC and IAT Insurance Group, Inc., and Occidental Fire & Casualty Company of North Carolina.

3.  Petitioner promptly reported losses to the Defendants, who, through their claims administrator and otherwise, designated it Claim No.: HO20108006669.

4.  Due to the severity of the damage and Defendants delayed and inadequately performed response, claims administration and claims/loss adjustment, Petitioner was forced to endure additional living expenses/loss of use damages and incurred out of pocket expenses, to mitigate the damages and prevent further loss to the property. These actions were more than reasonable, fully discharged any duty the insured Petitioner had, and all of which inured to the benefit of the Defendants in this action.

5.  Defendants dispatched an adjuster to the Property on 9/21/2021. The date of the initial inspection constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973; the Defendants own contractors, admit that the claims were substantiated, valid, and should have been paid out at the very outset upon the inspections conducted. As we now approach one year from the date of the accident, Petitioner is being forced to file the instant suit, to recover against the Defendants for their clear bad faith and failure to timely and adequately adjust Plaintiffs' claim pursuant to the policy of insurance that they issued and accepted all premiums for, and pursuant to their duty of good faith and fair dealing.

6.  Petitioner was forced to incur the expense of retaining counsel and other expenses to prosecute his claim.

3

**D**

Section 12

7.    On or around February 2022, a demand for the tender of amounts payable under the policy was sent to Defendants, along with requests for information and including invoices and other documents substantiating the request for tender of coverage amounts had already been transmitted by Petitioner and received by Defendants.

8.    This submission further constituted satisfactory proof of loss, as that term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973.

9.    No money whatsoever for covered losses and amounts recoverable for loss of use, contents and other amounts has been tendered by Defendants, nor has an explanation for the failures been proffered.

10.   As a result of Defendants' failure to timely and adequately compensate Petitioner for her substantial losses, Petitioner was unable to timely affect repairs to her home, causing her to lose out on an advantageous refinancing interest rate. In addition to this compounding financial loss, Defendants' actions trigger Louisiana's Bad Faith Penalties, making them liable for additional penalties.

11.   Upon information and belief, Defendants' failure to timely and adequately compensate Petitioner for her loss, after receiving satisfactory proof of loss, was purposeful or at least negligent, and was arbitrary and capricious, and vexatious and intended to deprive the Petitioner of rightful recovery under the policy of insurance.

12.   Upon information and belief, Defendants conducted the investigation and claims handling for Petitioner's claim in bad faith, as that term is term is used in conjunction with Louisiana's bad faith statutes, La R.S. §§ 22:1892 and 22:1973. Petitioner has incurred or will incur additional expenses and damages, and suffered annoyance, inconvenience and mental distress, all as a result of Defendants' failure to timely adjust, adequately and thoroughly investigate, and pay and/or offer to settle her claims for covered losses.

### III. CAUSES OF ACTION

**A.    Breach of the Insurance Contract**

13.   Petitioner realleges and re-avers the allegations contained in paragraphs 1-12, above, as if restated herein.

14.   An insurance contract, the Policy, exists between Petitioner and Defendants.

15.   The Policy provides coverages for the losses sustained and described herein.

4

2022 MAR 29  A 01:01
CIVIL
DISTRICT COURT

**D**

**Section 12**

16.   Despite having received satisfactory proof of loss for damages caused by Hurricane Ida,
      Defendants failed to timely and adequately investigate and adjust Petitioner's claim, and
      subsequently failed to tender adequate insurance proceeds as required by the Policy.

17.   By failing to timely tender adequate insurance proceeds after having received satisfactory
      proof of a covered loss by way of Defendants' inspection, Defendants breached the Policy.

18.   By failing to timely tender undisputed insurance proceeds after having received satisfactory
      proof of a covered loss by way of estimates and photographs, and their own inspections,
      and Petitioner's documented additional expenses Defendants breached the Policy.

19.   By purposely and/or negligently misrepresenting to Petitioner the terms and conditions of
      the Policy, Defendants breached the Policy.

20.   By failing to conduct the claims handling for Petitioner's Claim in good faith and with fair
      dealing, Defendants breached the Policy; this included withholding requested information
      relative to reports done to asses the damages to the property; also, in failing to timely
      communicate and acknowledge Plaintiffs' attempts to communicate and obtain
      information relative to her policy and ongoing claims, Defendants' breached their
      agreements and the policy.

21.   By engaging in unfair business practices in withholding policy documents, reports,
      supporting material and other materials critical to Petitioner understanding and being able
      to counter Defendant's arbitrary and capricious denial via their loss adjustment, including
      but not limited to the portions of the adjustment undertaken through Keystone Engineering
      and Cross Country Adjusting, and preventing Petitioner from testing the veracity of
      Defendants' assessment of her claims and unsubstantiated denial, and due to the length of
      time that Defendants' fraudulently withheld the information, Defendants breached the
      Policy and caused Petitioner direct economic loss and pain suffering and inconvenience,
      such as those damages are upheld and quanitified in *Orellana v. Louisana Citizens
      Property Insurance Corporation*, 972 So. 2d 1252 (2007).

22.   Petitioner has suffered and continues to suffer damages as a result of these breaches of the
      Policy.

**B.    Breach of Duty of Good Faith and Fair Dealing**

23.   Petitioner realleges and re-avers the allegations contained in Paragraphs 1-22, above, as if
      restated herein.

E-Filed

**D**

Section 12

24.     The actions and/or inactions of Defendants in failing to timely and adequately adjust
Petitioners claim, especially as Defendants intentionally withheld evidence used against
the Petitioner in the adjustment and eventual denial of her claim, and other acts and
omissions in failing to pay her claim, were arbitrary, capricious, and without probable
cause—as those terms are used in conjunction with La. R.S. §§ 22:1892 and 22:1973,
making Defendants liable for statutory bad faith penalties, including general damages for
mental anguish stress and inconvenience.

25.     Under La. R.S. § 22:1973, an insurer owes a good faith duty and fair dealing to an insured
and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim in
a manner arbitrary, capricious or without probable cause is in violation of La. R.S. §
22:1973.

26.     "[F]ailing to pay the amount of any claim due any person insured by the contract within
thirty days after receipt of satisfactory proof of loss from the claimant when such failure
is arbitrary, capricious, or without probable cause" is considered "bad faith" and is in
violation of La. R.S. § 22:1973.

27.     La. R.S. § 22:1892 imposes bad faith penalties on insurers who fail to adequately pay
claims following satisfactory proof of loss within thirty (30) days.

28.     Defendants is in violation of La. R.S. §§ 22:1973 and 22:1892 for failing to provide
Petitioner adequate payment in connection with their claim, despite having received
satisfactory proof of loss following its own inspections of the Property and following its
receipt of independent proofs of loss, including further receipt of and withholding of the
Keystone Engineering Report for several months. Defendants' refusal to acknowledge
Petitioner's requests for copies of the report, combined with their willful withholding of
the report, constitutes an arbitrary and capricious, vexatious act intended to deprive the
Petitioner of her right to an insurance claims process free from deceptive business
practices and unfair dealing. Withholding the report for several months was an act that –
without any other – subjects the Defendants to penalties for bad faith and makes them
liable to the Petitioner for all appurtenant and recoverable damages.

29.     Defendants' misrepresentation of the relevant facts and/or the terms of the Policy was in
bad faith.

**D**

**Section 12**   30.    Defendants' failure to pay timely for damages it knew, or should have known, existed at

the time of the initial adjustment of the relevant claims was in bad faith.

31.    Defendants' failure to pay timely for damages it knew, or should have known, existed at

the time it received information and/or documents from Petitioner was in bad faith, and

violated Petitioner's rights under Louisiana Law as a holder of a policy of insurance.

32.    Defendants' handling of Petitioner's Insurance Claims was in bad faith.

**C.    Unfair/Deceptive Business Practices and Violations of the Policyholders Bill of Rights**

33.    Petitioner realleges and re-avers the allegations contained in Paragraphs 1-32 above as if

restated herein;

34.    Defendants, in hiring a biased engineering firm, failing to provide the firm with any and

all information available to it, withholding the engineering report for multiple months past

its issuance, all the while ignoring requests and pleas from the Petitioner to be provided

with a copy of the report that would be used to deprive her of her right of recovery under

her insurance policy, committed fraudulent concealment of pertinent information, caused

direct economic injury to petitioner in an amount equal to the increased interest rate and

the total amount Petitioner will eventually pay (due to Petitioner being unable to timely

refinance her property at the rate available at the time Defendants began withholding claim

documentation to deprive her of her claim proceeds).

**IV. DAMAGES**

35.    Petitioner realleges and re-avers the allegations contained in the numbered Paragraphs,

above, as if restated herein.

36.    As a result of Defendants' breaches of contract, bad faith claims adjusting, investigation

and handling, and other acts of deception, unfairness and which violate law and statute

and good public policy, Petitioner has incurred the following, non-exclusive damages:

    a.  Diminution of the value of the Property;

    b.  Actual repair costs;

    c.  Reimbursement for repairs and replacement of the Property;

    e.  Additional expenses;

    f.   Mental anguish in an amount at least equal to the inflation-adjusted monthly
amount upheld by the Fourth Circuit in *Orellana v. Louisana Citizens Property Insurance
Corporation,* 972 So. 2d 1252 (2007);

7

**D**

**Section 12**

g.  Penalties delineated in La. R.S. §§ 22:1892 and 22:1973; and

h.  Attorney's fees, other professional fees, and litigation costs associated with the
bringing of this action.

## V. JURY DEMAND

37.  Petitioner requests a trial by jury.

WHEREFORE, Petitioner ERIN MARIE SHAW prays that, Defendants be served with a
copy of this Petition and accompanying discovery requests and deposition notices, and be duly
cited to appear and answer the allegations contained herein in the Petition, and comply with the
legal requirements of responding to the Discovery requests, and that according to the legal delays
of proper legal proceedings, and Petitioner's right to a speedy adjudication of the rights asserted
herein, there be a judgment entered in favor of Petitioner, and against Defendants, in an amount
that will fully and fairly compensate Petitioner pursuant to the evidence and in accordance with
the law, all sums with legal interest thereon, from the lawful date of commencement of interest
until fully paid, and for all costs of these proceedings, including attorney's fees, and for all general
and equitable relief.

**RESPECTFULLY SUBMITTED:**

**WINCH LAW FIRM, LLC**

Justin L. Winch, Esq.
*Attorney, Member*
*Offices in New Orleans and Abbeville, serving*
*the entire State of Louisiana*
324 18th Street
New Orleans, LA 70124
Office: (504) 544-9200
Cell: (504) 214-3400
justin.winch@winchlawfirm.com

E-Filed

# D

**PLEASE SERVE:**
Section 12

2022 MAR 29  A 01:01
CIVIL
DISTRICT COURT

**EMERY & JAMES, LTD.,**
doing business in Louisiana under the Trade Name "GOHRES INSURANCE"
*through its Registered Agent for Service of Process,*
John Gohres, Jr.,
300 E. Morris Ave.,
Hammond, Louisiana 70403

**Occidental Fire & Casualty Company of North Carolina**
*through its Registered Agent for Service of Process,*
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

**Sagesure Insurance Managers, LLC**
*through its Registered Agent for Service of Process,*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**IAT Insurance Group, Inc.**
*at its domicile,*
702 Oberlin Road
Suite 300
Raleigh, North Carolina 27605

**Keystone Experts and Engineers, LLC**
*through its Registered Agent for Service of Process,*
Registered Agents Inc.
201 Rue Beauregard
Suite 202
Lafayette, Louisiana 70508

**Cross Country Adjusting, Inc.**
*through its Registered Agent for Service of Process,*
United States Corporation Agents, Inc.,
1591 Savannah Highway
Suite 201
Charleston, South Carolina 29407

E-Filed

# D

## Section 12

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

### STATE OF LOUISIANA

NO. _____          DIVISION          DOCKET

ERIN M. SHAW

VS.

EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC, IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC AND CROSS COUNTRY ADJUSTING

FILED: _____          _____

DEPUTY CLERK

### FIRST SET OF DISCOVERY TO
### OCCIDENTAL FIRE & CASUALTY OF NORTH CAROLINA

TO: Occidental Fire & Casualty of North Carolina

*Through its attorney of record*

NOW COME, through undersigned counsel, Petitioner Erin Shaw, who, pursuant to the Louisiana Code of Civil Procedure, respectfully requests that you answer the following Interrogatories and respond to the following Requests for Production of Documents within the legal delays, and where necessary make available, for inspection and copying, the following documents, at mover's office, located at 324 18th Street, New Orleans, Louisiana, 70124 at mover's expense, and to amend and/or supplement your responses on a continuing basis:

**Definitions and Instructions**

A. Document - As used herein, the term "document" shall be construed broadly and expansively to include any medium upon which information is recorded, including, but not limited to, contracts, agreements, applications, forms, policies, claims, files, records, letters, correspondence, minutes, memoranda, notes, e-mails, photocopies, facsimiles, transcripts, graphs, photographs, videotapes, audiotapes, microfilm, charts, studies, tables, calculations, analyses, summaries, compilations, advertisements, fliers, mailings, brochures, notices, acknowledgments, and any draft of the foregoing, which is, or has been, at any time, in the control, custody or possession of Defendants.

B. Communication - Shall refer to all communication, both written and oral, including, but not limited to, telephone conversations, letters, memoranda, emails, facsimiles, reports, interviews, statements, contracts, agreements and consultations. Whenever a request refers to conversations with others, such request also refers to communications with all persons acting on behalf of that other, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, affiliated entities, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

C. You and Your - Shall refer to Defendants collectively, unless specifically noted, and all parties acting on its behalf, including, but not limited to, employees, officers, managers, directors, parent

**FILED**

2022 MAR 29   A 01:01

CIVIL

DISTRICT COURT

**D**

**Section 12**

corporations, subsidiaries, affiliated entities, associates, consultants, investigators, secretaries, statisticians, agents, brokers, claims adjusters, or attorneys.

D. Identify - When asked to "identify" a natural person, please provide: (a) the person's full name, (b) current or last known home address and telephone number, (c) current or last known business address and telephone number, (d) birth date, (e) social security number, (f) current or last known place of employment, and (g) job title or description.

When asked to "identify" a corporation or other business entity, please provide: (a) the full name of the entity, (b) the type of entity, (e.g. partnership, limited partnership, corporation), (c) the state of formation or incorporation, (d) the date of formation or incorporation, (e) the principal business address and telephone number, and (f) the principal business address (if any) within the State of Louisiana.

E. Privilege - If a privilege is claimed over any document, (as "document" is defined above), please provide: (a) the identity of the author of the document, (b) the identity of the recipient of the document, (c) the date that the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

F. The terms "and" and "or" and "and/or" shall be construed broadly and expansively as "and/or", and shall not be construed to limit the documents or information sought in any manner.

## INTERROGATORIES

NOW, through undersigned counsel, comes Plaintiff, who, pursuant to the Louisiana Code

of Civil Procedure, hereby propound the following interrogatories, to be answered fully, within

legal delays, in writing, under oath, and to be amended and supplemented on a continuing basis:

**INTERROGATORY NO. 1:**

Please identify each and every person who ever communicated with Plaintiff concerning the claim that is the subject of this law suit.

**INTERROGATORY NO. 2:**

Please identify each and every person who inspected and/or adjusted the insured property on your behalf in conjunction with the claim that is the subject of this law suit.

**INTERROGATORY NO. 3:**

Please identify each and every person retained by you that calculated any of the costs relative to the insured premises.

**INTERROGATORY NO. 4:**

Please identify each and every person retained by you that concluded that the Petitioner's claimed damages were not covered losses.

**INTERROGATORY NO. 5:**

Please describe in detail the repairs to the insured premises that were covered in the initial tender made to Petitioner, how you arrived at this figure, and describe in detail the coverages included and those excluded and how those amounts were deduced.

**INTERROGATORY NO. 6:**

Please explain your policy, practice, and procedure of inspecting properties prior to insuring such properties. Please include in your explanation the reasoning behind Conducting such inspections and the results of that regarding the Petitioner's property.

**D**

**Section 12** **INTERROGATORY NO. 7:**

Please explain why and how you contend that the insured property had drainage issues and how you establish the foundation and siding condition of the property prior to August 29, 2021.

**INTERROGATORY NO. 8:**

Please explain in detail the specific foundation issues that you contend had inflicted the insured property. Please include in your answer the evidence in support of your contention that such problems were "long standing."

## REQUEST FOR PRODUCTION OF DOCUMENTS

AND NOW, pursuant to the Louisiana Code of Civil Procedure, Plaintiff respectfully requests that, within legal delays, you please make available, for inspection and copying, the following documents, at mover's office, located at 324 18th Street., New Orleans, Louisiana, 70124 at mover's expense, and to amend and/or supplement your responses on a continuing basis:

**REQUEST FOR PRODUCTION NO. 1:**

The underlying claim file, including all documents regarding and/or related to the processing, payment and/or denial of the claim.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all correspondence between you and employees, contractors, experts, and adjusters concerning the underlying claim.

**REQUEST FOR PRODUCTION NO. 3:**

All adjustment documents, including but not limited to any underwriting information or documents and any information on documents reflecting a wind versus flood percentage if relied upon by the insurer in adjusting this claim.

**REQUEST FOR PRODUCTION NO. 4:**

Any investigative report not included in the claims file.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all claims handling manuals, guidelines, and/or any other materials used to train claims handlers and/or adjusters for use in handling catastrophe claims and/or Hurricane Ida claims, including additions, deletions and other revisions from previous versions.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all underwriting manuals or guidelines regarding and/or including premium setting information, including by not limited to the policy, application, amendments, letters and memoranda.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all correspondence, hand written notes, memorandum, and/or reports generated in conjunction with pre-Hurricane Ida inspections of the insured property.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all photographs and/or videos of the property taken prior to Hurricane Ida.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all photographs and/or videos of the property taken after Hurricane Ida.

**D**

**Section 12**

**REQUEST FOR PRODUCTION NO. 10:**

Your document retention policy.

**REQUEST FOR PRODUCTION NO. 11:**

The resumes of any and all persons identified in your Answers to Interrogatories.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all reports, including but not limited to engineering reports, adjusters reports, and Construction reports commissioned by you in conjunction with the underlying claim.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all reports, including but not limited to engineering reports, adjusters reports, and construction reports used by you to determine whether coverage was afforded for the underlying claim.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all drafts, handwritten notes, or other documents evidencing information relied upon in the adjustment of the underlying claim.

**REQUEST FOR PRODUCTION NO. 15:**

Copies of all invoices for work done on the underlying claim on your behalf by engineers, contractors, adjusters, and/or experts.

**REQUEST FOR PRODUCTION NO. 16:**

The daily claim reports that show the highest and lowest reserve set for this claim.

**REQUEST FOR PRODUCTION NO. 17:**

All documents setting reserves in this case.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all information regarding loss reserves, including but not limited to letters, charts, tables, emails, and memoranda.

**REQUEST FOR PRODUCTION NO. 19:**

Any agreement, treaty or insurance protocol by which any reinsurers, co-insurers or any other entity has been, or may be, responsible for all, or part of, the claim made in this cause.

**REQUEST FOR PRODUCTION NO. 20:**

All indemnity or insurance agreement(s) under which any person or entity may be liable to satisfy part or all of a judgment rendered in this action or to indemnify or reimburse anyone for payments made to satisfy a judgment in this cause.

**REQUEST FOR PRODUCTION NO. 21:**

All documents relating to this claim by any reinsurer.

**REQUEST FOR PRODUCTION NO. 22:**

All reinsurance contracts, treaties, or agreements that may relate to this claim in any way.

**REQUEST FOR PRODUCTION NO. 23:**

All communications with any reinsurance company, excess carrier, insurance agent, adjuster, Insurance excess carrier, relating directly or indirectly to this claim.

**REQUEST FOR PRODUCTION NO. 24:**

All insurance policies which may be applicable to this lawsuit.

**D**

Section 12

FILED

2022 MAR 29  A 01:01

CIVIL

DISTRICT COURT

**REQUEST FOR PRODUCTION NO. 25:**

All payments made by any reinsurer that relates directly or indirectly to this claim.

**REQUEST FOR PRODUCTION NO. 26:**

All documents relating to any payment made by a reinsurer that relates directly or indirectly to this claim.

**REQUEST FOR PRODUCTION NO. 27:**

All documents referenced in or relied upon in your responses to Plaintiff's Interrogatories.

E-Filed

ATTORNEY'S NAME:   Winch, Justin L 36323
AND ADDRESS:       365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714               **DIVISION: D**               **SECTION: 12**
                             **SHAW, ERIN**

**Versus**

### EMERY & JAMES, LTD. ET AL

### CITATION - LONG ARM

TO:        CROSS COUNTRY ADJUSTING, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF
           PROCESS, UNITED STATES CORPORATION AGENTS, INC.
           1591 SAVANNAH HIGHWAY SUITE 201 , CHARLESTON, SC 29407

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)

days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through

the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                               **The Civil District Court**
**New Orleans, LA**                                 **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by** _____
                                                    **Schewanda Baptiste, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON CROSS COUNTRY ADJUSTING, INC. | ON CROSS COUNTRY ADJUSTING, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, UNITED STATES CORPORATION AGENTS, INC. | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, UNITED STATES CORPORATION AGENTS, INC. |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said CROSS COUNTRY ADJUSTING, INC. being absent from the domicile at time of said service. |
| / ENTERED / | Returned the same day |
| PAPER          RETURN | No. _____ |
| /          / | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:    Winch, Justin L 36323
AND ADDRESS:    365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714                 DIVISION: D                 SECTION: 12
SHAW, ERIN

**Versus**

**EMERY & JAMES, LTD. ET AL**

**CITATION - LONG ARM**

TO:         CROSS COUNTRY ADJUSTING, INC.

THROUGH:    THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF
            PROCESS, UNITED STATES CORPORATION AGENTS, INC.
            1591 SAVANNAH HIGHWAY SUITE 201 , CHARLESTON, SC 29407

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)
days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through
the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**        CHELSEY RICHARD NAPOLEON, Clerk of
**421 Loyola Avenue**                             The Civil District Court
**New Orleans, LA**                               for the Parish of Orleans
                                                  State of LA
                                                  by
                                                  Schewanda Baptiste, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON CROSS COUNTRY ADJUSTING, INC. | ON CROSS COUNTRY ADJUSTING, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, UNITED STATES CORPORATION AGENTS, INC. | THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE OF PROCESS, UNITED STATES CORPORATION AGENTS, INC. |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said CROSS COUNTRY ADJUSTING, INC. being absent from |
| Mileage: $ _____ | the domicile at time of said service. |
| / ENTERED / | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| /        / | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10890476                          Page 1 of 1

ATTORNEY'S NAME:   Winch, Justin L 36323
AND ADDRESS:   365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714          DIVISION: D          SECTION: 12
                        SHAW, ERIN

Versus

EMERY & JAMES, LTD. ET AL

### CITATION

TO:          KEYSTONE EXPERTS AND ENGINEERS, LLC

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC.

201 RUE BEAUREGARD SUITE 202 , LAFAYETTE, LA 70508

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON KEYSTONE EXPERTS AND ENGINEERS, LLC | ON KEYSTONE EXPERTS AND ENGINEERS, LLC |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC. | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC. |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said KEYSTONE EXPERTS AND ENGINEERS, LLC being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/            _____/ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

      A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

      B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

      C. The court may grant additional time for answering.

      Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|
| | SHAW, ERIN | |

**Versus**

**EMERY & JAMES, LTD. ET AL.**

### CITATION

TO:      KEYSTONE EXPERTS AND ENGINEERS, LLC

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC.

201 RUE BEAUREGARD SUITE 202 , LAFAYETTE, LA 70508

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 1, 2022**

| Clerk's Office, Room 402, Civil Courts | CHELSEY RICHARD NAPOLEON, Clerk of |
|---|---|
| 421 Loyola Avenue | The Civil District Court |
| New Orleans, LA | for the Parish of Orleans |
| | State of LA |
| | by |
| | Schewanda Baptiste, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON KEYSTONE EXPERTS AND ENGINEERS, LLC. | ON KEYSTONE EXPERTS AND ENGINEERS, LLC. |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC. | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, REGISTERED AGENTS INC. |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and |
| Deputy Sheriff of _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said KEYSTONE EXPERTS AND ENGINEERS, LLC being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714          DIVISION: D          SECTION: 12
                       SHAW, ERIN

Versus

EMERY & JAMES, LTD. ET AL

### CITATION - LONG ARM

TO:          IAT INSURANCE GROUP, INC. AT ITS DOMICILE

THROUGH:     THE LOUISIANA LONG ARM STATUTE

             702 OBERLIN ROAD, SUIT 300 , RALEIGH, NC 27605

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30)

days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through

the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 1, 2022

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                                **The Civil District Court**
**New Orleans, LA**                                  **for the Parish of Orleans**
                                                     **State of LA**
                                                     **by _____**
                                                     **Schewanda Baptiste, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON IAT INSURANCE GROUP, INC. AT ITS DOMICILE | ON IAT INSURANCE GROUP, INC. AT ITS DOMICILE |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said IAT INSURANCE GROUP, INC. AT ITS DOMICILE being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER          RETURN | No. _____ |
| / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|

**SHAW, ERIN**

**Versus**

**EMERY & JAMES, LTD. ET AL**

**CITATION - LONG ARM**

TO:       IAT INSURANCE GROUP, INC. AT ITS DOMICILE

THROUGH:  THE LOUISIANA LONG ARM STATUTE

          702 OBERLIN ROAD, SUIT 300 , RALEIGH, NC 27605

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Schewanda Baptiste, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON IAT INSURANCE GROUP, INC. AT ITS DOMICILE | ON IAT INSURANCE GROUP, INC. AT ITS DOMICILE |
| THROUGH: THE LOUISIANA LONG ARM STATUTE | THROUGH: THE LOUISIANA LONG ARM STATUTE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said IAT INSURANCE GROUP, INC. AT ITS DOMICILE being absent from the domicile at time of said service. |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| / ENTERED / | |
| PAPER          RETURN | |
| /          / | |
| SERIAL NO.    DEPUTY    PARISH | |

**ATTORNEY'S NAME:**    Winch, Justin L 36323
**AND ADDRESS:**    365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2022-02714**         **DIVISION: D**         **SECTION: 12**
                           **SHAW, ERIN**

**Versus**

### EMERY & JAMES, LTD. ET AL

### CITATION

TO:          SAGESURE INSURANCE MANAGERS, LLC.

THROUGH:     ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY

             501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**         **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                              **The Civil District Court**
**New Orleans, LA**                                **for the Parish of Orleans**
                                                   **State of LA**
                                                   **by** _____
                                                   **Schewanda Baptiste, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES** | **Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES** |
| ON  SAGESURE INSURANCE MANAGERS, LLC. | ON  SAGESURE INSURANCE MANAGERS, LLC. |
| THROUGH:  **ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY** | THROUGH:  **ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| No. _____ | _____ a person of suitable age and |
| Deputy Sheriff of _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SAGESURE INSURANCE MANAGERS, LLC.** being |
| Mileage: $ _____ | absent from the domicile at time of said service. |
| / ENTERED / | Returned the same day |
| PAPER        RETURN | No. _____ |
| ____/____        ____/____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:    Winch, Justin L 36323
AND ADDRESS:    365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714                    DIVISION: D                    SECTION: 12

SHAW, ERIN

Versus

**EMERY & JAMES, LTD. ET AL**

### CITATION

TO:        SAGESURE INSURANCE MANAGERS, LLC.

THROUGH:    ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA April 1, 2022**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                              The Civil District Court
New Orleans, LA                                for the Parish of Orleans
                                               State of LA
                                               by
                                               Schewanda Baptiste, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON SAGESURE INSURANCE MANAGERS, LLC. | ON SAGESURE INSURANCE MANAGERS, LLC. |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SAGESURE INSURANCE MANAGERS, LLC. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER              RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:**   Winch, Justin L 36323
**AND ADDRESS:**   365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714          **DIVISION: D**          **SECTION: 12**
                        **SHAW, ERIN**

**Versus**

**EMERY & JAMES, LTD. ET AL**

### CITATION

TO:          OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY
             OF STATE
             8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                              **The Civil District Court**
**New Orleans, LA**                                **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by** _____
                                                    **Schewanda Baptiste, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

<table>
<tr><td colspan="2">PERSONAL SERVICE</td><td colspan="2">DOMICILIARY SERVICE</td></tr>
<tr><td>On this _____ day of _____ the within</td><td>served a copy of</td><td>On this _____ day of _____ the within</td><td>served a copy of</td></tr>
<tr><td colspan="2">Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES</td><td colspan="2">Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES</td></tr>
<tr><td colspan="2">ON OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA</td><td colspan="2">ON OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA</td></tr>
<tr><td colspan="2">THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE</td><td colspan="2">THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE</td></tr>
<tr><td colspan="2">Returned the same day</td><td colspan="2">by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA being absent from the domicile at time of said service.</td></tr>
<tr><td colspan="2">No. _____</td><td colspan="2"></td></tr>
<tr><td colspan="2">Deputy Sheriff of _____</td><td colspan="2">Returned the same day</td></tr>
<tr><td colspan="2">Mileage: $ _____</td><td colspan="2">No. _____</td></tr>
<tr><td colspan="2">_____ / ENTERED / _____</td><td colspan="2">Deputy Sheriff of _____</td></tr>
<tr><td>PAPER</td><td>RETURN</td><td colspan="2"></td></tr>
<tr><td>_____ /:</td><td>/ _____</td><td colspan="2"></td></tr>
<tr><td>SERIAL NO.      DEPUTY</td><td>PARISH</td><td colspan="2"></td></tr>
</table>

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:    Winch, Justin L 36323
AND ADDRESS:        365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714             DIVISION: D               SECTION: 12
                           SHAW, ERIN

**Versus**

**EMERY & JAMES, LTD. ET AL**

### CITATION

TO:          OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY
             OF STATE

             8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by
                                                Schewanda Baptiste, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA | ON OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, THE LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said OCCIDENTIAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

  A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

  B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

  C. The court may grant additional time for answering.

  Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:   Winch, Justin L 36323
AND ADDRESS:   365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714             DIVISION: D              SECTION: 12
                           **SHAW, ERIN**

**Versus**

### EMERY & JAMES, LTD. ET AL

### CITATION

TO:        EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE
           NAME "GOHRES INSURANCE"

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR.,

           300 E. MORRIS AVE., , HAMMOND , LA 70403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                               **The Civil District Court**
**New Orleans, LA**                                 **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by** _____
                                                    **Schewanda Baptiste, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" | ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR., | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR., |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| No. | discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" |
| Mileage: $ _____ | being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER       RETURN | No. _____ |
| _____ /. _____       / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME:   Winch, Justin L 36323
AND ADDRESS:       365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|
| | SHAW, ERIN | |

**Versus**

**EMERY & JAMES, LTD. ET AL**

### CITATION

TO:          EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE
             NAME "GOHRES INSURANCE"

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR.,

             300 E. MORRIS AVE., , HAMMOND , LA 70403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF
CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND
DECEPTIVE BUSINESS PRACTICES

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA April 1, 2022

Clerk's Office, Room 402, Civil Courts        CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                             The Civil District Court
New Orleans, LA                               for the Parish of Orleans
                                              State of LA
                                              by
                                              Schewanda Baptiste, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES | Petition for Damages AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDERS BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES |
| ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" | ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR., | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JOHN GOHRES, JR., |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| Returned the same day | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| _____ No. _____ | HIM/HER the said EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME "GOHRES INSURANCE" being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER         RETURN | Deputy Sheriff of _____ |
| _____ /         _____ / | |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714          DIVISION: D          SECTION: 12

### ERIN M. SHAW

**Versus**

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

### CITATION

TO:          SAGESURE INSURANCE MANAGERS, LLC.

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS:  CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**
**Debbie Ciaccio, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY | PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY |
| ON  SAGESURE INSURANCE MANAGERS, LLC. | ON  SAGESURE INSURANCE MANAGERS, LLC. |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SAGESURE INSURANCE MANAGERS, LLC, being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO:     DEPUTY     PARISH | |

ID: 10945045                          Page 1 of 2

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

      A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

      B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

      C. The court may grant additional time for answering.

      Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|
| | ERIN M. SHAW | |

### Versus

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

### CITATION

TO:      SAGESURE INSURANCE MANAGERS, LLC.

THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS:  CORPORATION SERVICE COMPANY

          501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** Debbie Ciaccio
**Debbie Ciaccio, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY | PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY |
| ON SAGESURE INSURANCE MANAGERS, LLC. | ON  SAGESURE INSURANCE MANAGERS, LLC. |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving the same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SAGESURE INSURANCE MANAGERS, LLC. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

      A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

      B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

      C. The court may grant additional time for answering.

      Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:**   Winch, Justin L 36323
**AND ADDRESS:**   365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714          **DIVISION: D**          **SECTION: 12**
### ERIN M. SHAW

**Versus**

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

### CITATION

TO:          OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

THROUGH:     ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THE LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**_____
**Debbie Ciaccio, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY | PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY |
| ON OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA | ON OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THE LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THE LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| / ENTERED / | No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| / | |
| SERIAL NO.     DEPUTY     PARISH | |

ID: 10945044                              Page 1 of 2

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

      A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

      B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

      C. The court may grant additional time for answering.

      Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:** Winch, Justin L 36323
**AND ADDRESS:** 365 Canal St Ste 2850 , New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|
| | ERIN M. SHAW | |

**Versus**

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

## CITATION

TO:    OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS:  THE LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by *Debbie Ciaccio*
**Debbie Ciaccio, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY | PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY |
| ON OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA | ON OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THE LOUISIANA SECRETARY OF STATE | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: THE LOUISIANA SECRETARY OF STATE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER        RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.   DEPUTY   PARISH | |

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

**ATTORNEY'S NAME:**   Winch, Justin L 36323
**AND ADDRESS:**        365 Canal St Ste 2850 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2022-02714            **DIVISION: D**            **SECTION: 12**

**ERIN M. SHAW**

**Versus**

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

### CITATION

TO:         EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE"

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JOHN GOHRES, JR.

            300 E. MORRIS AVENUE, HAMMOND, LA 70403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay

provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for

your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts

Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Debbie Ciaccio, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this _____ day of _____ served a copy of
the within

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE"

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JOHN GOHRES, JR.

                    Returned the same day
                            No. _____

Deputy Sheriff of _____
Mileage: $ _____
                    / ENTERED /
        PAPER              RETURN
        _____ / _____
    SERIAL NO.    DEPUTY    PARISH

DOMICILIARY SERVICE

On this _____ day of _____ served a copy of
the within

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE"

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JOHN GOHRES, JR.

by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE" being absent from the domicile at time of said service.

                    Returned the same day
                            No. _____

Deputy Sheriff of _____

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

| ATTORNEY'S NAME: | Winch, Justin L 36323 |
|---|---|
| AND ADDRESS: | 365 Canal St Ste 2850 , New Orleans, LA 70130 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2022-02714 | DIVISION: D | SECTION: 12 |
|---|---|---|
| | ERIN M. SHAW | |

**Versus**

**EMERY & JAMES, LTD., SAGESURE INSURANCE MANAGERS, LLC., IAT INSURANCE GROUP, OCCIDENTAL FIRE AND CASUALTY COMPANY OF NORTH CAROLINA, KEYSTONE EXPERTS AND ENGINEERS, LLC. AND CROSS COUNTRY ADJUSTING**

### CITATION

TO:  EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE"

THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS:  JOHN GOHRES, JR.

300 E. MORRIS AVENUE, HAMMOND, LA 70403

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 28, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Debbie Ciaccio, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY | PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST AND FEES FOR BAD FAITH, BREACH OF CONTRACT, VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICES WITH FIRST SET OF DISCOVERY |
| ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE" | ON EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE" |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JOHN GOHRES, JR. | THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: JOHN GOHRES, JR. |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said EMERY & JAMES, LTD., DOING BUSINESS IN LOUISIANA UNDER THE TRADE NAME, "GOHRES INSURANCE" being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER        RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ID: 10945043                Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

 A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

 B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

 C. The court may grant additional time for answering.

 Acts 2021, No. 174, §1, eff. Jan. 1, 2022.



**WINCH LAW FIRM**

*A Professional Law Corporation*

FILED

2022 JUN 23  P 03:09

CIVIL
DISTRICT COURT

Justin L. Winch, Esq.
justin.winch@winchlawfirm.com
**Phone: 504-214-3400**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA
## NO.  2022- 02714
## DIVISION: D Section 12

## ERIN M. SHAW VS. EMERY & JAMES, LTD., ET AL.

## RE: LETTER FROM ATTORNEY REQUESTING FOR ISSUANCE OF SERVICE

Dear Clerk,

    We received notice that service was not in this case. Plaintiff, through undersigned counsel, wishes to have the following service of process remade:

PLEASE SERVE:

**EMERY & JAMES, LTD.,**
doing business in Louisiana under the Trade Name "GOHRES INSURANCE"
*through its Registered Agent for Service of Process:*
John Gohres, Jr.,
300 E. Morris Ave.,
Hammond, Louisiana 70403

**Occidental Fire & Casualty Company of North Carolina**
*through its Registered Agent for Service of Process:*
The Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, Louisiana 70809

**Sagesure Insurance Managers, LLC**
*through its Registered Agent for Service of Process:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

VERIFIED

Jovan Gibson

2022 JUN 24  A 09:55



FILED

2022 JUN 23  P 03:09

CIVIL
DISTRICT COURT

**Justin L. W inch, Esq.**
justin.winch@winchlawfirm.com
**Phone: 504-214-3400**

**Keystone Experts and Engineers, LLC**
*through its Registered Agent for Service of Process:*
Registered Agents Inc.
201 Rue Beauregard
Suite 202
Lafayette, Louisiana 70508


PLEADING TO BE SERVED:  PETITION FOR DAMAGES, AND FOR PENALTIES, INTEREST
AND FEES FOR BAD FAITH, BREACH OF CONTRACT,
VIOLATIONS OF LA'S POLICY HOLDER'S BILL OF RIGHTS AND
FOR UNFAIR AND DECEPTIVE BUSINESS PRACTICE



**RESPECTFULLY SUBMITTED**


Justin L. Winch, Esq.
*Attorney, Member*
**WINCH LAW FIRM, LLC**
1000 Veterans Memorial Blvd suite 216
Metairie, LA 70005
Cell:    (504) 214-3400
justin.winch@winchlawfirm.com

**CLERK OF CIVIL DISTRICT COURT**



**CIVIL DIVISION**
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112
cdcclerk@orleanscdc.com
Telephone: (504) 407-0000
Fax: (504) 592-9128

**LAND RECORDS DIVISION**
1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112
civilclerklandrecords@orleanscdc.com
Telephone: (504) 407-0005

*Chelsey Richard Napoleon*
Clerk of Court and Ex-Officio Recorder

April 5, 2022

Justin L. Winch
Attorney at Law
324 18th Street
New Orleans, LA 70124

  **RE:** *Erin M. Shaw v. Emery & James, Ltd., et al*
     CDC No. 2022-2714 Division "D-12"
     **Petition for Damages, and First Set of Discovery to Occidental Fire &**
     **Casualty of North Carolina/Fee Due For Service Copies**

Dear Mr. Winch:

   This office is in receipt of the Petition for Damages, and First Set of Discovery to Occidental Fire & Casualty of North Carolina referenced in the above-captioned matter filed March 29, 2022. However, there were no copies attached for service. Therefore, a fee is due in the amount of **$252.00** for six certified copies that were made for service. The fees are as follows:

| | |
|---|---|
| 84 certified pages @ $3.00 per page | $252.00 |
| **Total Amount Due** | **$252.00** |

   If you have questions, contact the Section Head for Division "D-12" at (504) 407-0030.

         Sincerely,

         Alexandria J. Irvin
         Chief Deputy
         Gwendolyn Allen
         Deputy Clerk

AJI/iwf